# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

STATE OF FLORIDA, et al.
        *Appellants*,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.
        *Appellees*.

Nos. 25-11927; 25-12095

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Appellants State of Florida, Florida Department of Management Services, Florida Agency for Health Care Administration, and Catholic Medical Association, file this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Eleventh Circuit Rules 26.1-1 through 26.1-3.

No publicly traded company has an interest in the outcome of this appeal. The following individuals and entities may have an interest in the outcome of this case:

*State of Florida, et al. v. Department of Health and Human Services,* Nos. 25-11927; 25-12095

Alliance Defending Freedom

Akey, Angeli Maun, of Gainesville, Florida

Blake, Julie Marie, Alliance Defending Freedom

Bowman, Matthew, Alliance Defending Freedom

Boyden Gray PLLC

Catholic Medical Association

Centers for Medicare and Medicaid Services

Conde, James Ryan, Boyden Gray PLLC

Cortman, David Andrew, Alliance Defending Freedom

Department of Health and Human Services

DeSousa, Jeffrey DeSousa, Florida Attorney General's Office

Florida

Florida Agency for Health Care Administration

Florida Department of Management Services

Florida Attorney General's Office

Holland, Liam C., U.S. Department of Justice

Huang, Allen L., Florida Attorney General's Office

Jung, William Frederic, U.S. District Judge

Kaiser, Rachel T., of Nashville, Tennessee

*State of Florida, et al. v. Department of Health and Human Services,* Nos. 25-11927; 25-12095

    Kehoe, Gregory W., U.S. Attorney for the Middle District of Florida

    Kennedy, Jr., Robert F., Secretary, Department of Health and Human Services

    Larson, Kristen, Florida Department of Management Services

    McCotter, R. Trent, Boyden Gray PLLC

    Oz, Mehmet Administrator, Centers for Medicare and Medicaid Services

    Parker, Michael S. of Mansfield, Ohio

    Pope, Allison Holly, Alliance Defending Freedom

    Sheeran, Andrew, Florida Agency for Healthcare Administration

    Sherwood, Zachary, U.S. Department of Justice

    Stannard, Paula M., Director, Office for Civil Rights, Department of Health and Human Services

    Uthmeier, James, Florida Attorney General

    Van Meter, Quentin L. of Atlanta, Georgia

*State of Florida, et al. v. Department of Health and Human Services*, Nos. 25-11927; 25-12095

Respectfully submitted,

<div style="display: flex;">

<div style="flex: 1;">

JAMES UTHMEIER
ATTORNEY GENERAL

JEFFREY DESOUSA
ACTING SOLICITOR GENERAL

/s/ ALLEN L. HUANG
ALLEN L. HUANG*
DEPUTY SOLICITOR GENERAL
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Allen.Huang@myfloridalegal.com

*\* Lead Counsel*
*Counsel for Plaintiff State of Florida*

/s/ MATTHEW S. BOWMAN
MATTHEW S. BOWMAN*
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 (fax)
mbowman@ADFlegal.org

</div>

<div style="flex: 1;">

/s/ JAMES R. CONDE
R. TRENT MCCOTTER
JAMES R. CONDE*
Boyden Gray PLLC
800 Connecticut Ave NW, Suite 900
Washington, DC 20006
(202) 955-0620
tmccotter@boydengray.com
jconde@boydengray.com

*\* Lead Counsel*
*Counsel for Plaintiffs Agency for Health Care Administration & Florida Department of Management Services*

ANDREW T. SHEERAN
GENERAL COUNSEL
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308
(850) 412-3670
Andrew.Sheeran@ahca.myflorida.com

*Counsel for Plaintiff Agency for Health Care Administration*

</div>

</div>

3

*State of Florida, et al. v. Department of Health and Human Services,*
Nos. 25-11927; 25-12095

| | |
|---|---|
| JULIE MARIE BLAKE<br>Alliance Defending Freedom<br>44180 Riverside Parkway<br>Lansdowne, Virginia 20176<br>(571) 707-4655<br>(571) 707-4790 (fax)<br>jblake@ADFlegal.org<br><br>DAVID A. CORTMAN<br>Alliance Defending Freedom<br>1000 Hurricane Shoals Road NE, Suite D1100<br>Lawrenceville, Georgia 30043<br>(770) 339-0774<br>(770) 339-6744 (fax)<br>dcortman@ADFlegal.org<br><br>*\* Lead Counsel*<br>*Counsel for Plaintiff Catholic Medical Association* | KRISTEN LARSON<br>GENERAL COUNSEL<br>Florida Department of Management Services<br>4050 Esplanade Way<br>Tallahassee, Florida 32399<br>(850) 922-2137<br>Kristen.Larson@dms.fl.gov<br><br>*Counsel for Plaintiff Florida Department of Management Services* |

June 23, 2025

*State of Florida, et al. v. Department of Health and Human Services,* Nos. 25-11927; 25-12095

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

Dated: June 23, 2025  /s/ James R. Conde
James R. Conde