# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| STATE OF FLORIDA, et al.<br>    *Appellants*,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, et al.<br>    *Appellees*. | Nos. 25-11927; 25-12095 |

# APPELLANTS' UNOPPOSED MOTION TO CONSOLIDATE
# AND RESET 40-DAY BRIEFING NOTICE

# CERTIFCATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellants State of Florida, Florida Department of Management Services, Florida Agency for Health Care Administration, and Catholic Medical Association, file this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Eleventh Circuit Rules 26.1-1 through 26.1-3.

No publicly traded company has an interest in the outcome of this appeal. The following individuals and entities may have an interest in the outcome of this case:

Alliance Defending Freedom

Akey, Angeli Maun, of Gainesville, Florida

Blake, Julie Marie, Alliance Defending Freedom

Bowman, Matthew, Alliance Defending Freedom

Boyden Gray PLLC

Catholic Medical Association

Centers for Medicare and Medicaid Services

Conde, James Ryan, Boyden Gray PLLC

Cortman, David Andrew, Alliance Defending Freedom

Department of Health and Human Services

DeSousa, Jeffrey DeSousa, Florida Attorney General's Office

Florida

Florida Agency for Health Care Administration

Florida Department of Management Services

Florida Attorney General's Office

Holland, Liam C., U.S. Department of Justice

Honold, Ashley Cheung, U.S. Department of Justice

Huang, Allen L., Florida Attorney General's Office

Jung, William Frederic, U.S. District Judge

Kaiser, Rachel T., of Nashville, Tennessee

Kehoe, Gregory W., U.S. Attorney for the Middle District of Florida

Kennedy, Jr., Robert F., Secretary, Department of Health and Human Services

Larson, Kristen, Florida Department of Management Services

McCotter, R. Trent, Boyden Gray PLLC

Oz, Mehmet Administrator, Centers for Medicare and Medicaid Services

Parker, Michael S. of Mansfield, Ohio

Pope, Allison Holly, Alliance Defending Freedom

Scarborough, Charles, U.S. Department of Justice

Sheeran, Andrew, Florida Agency for Healthcare Administration

Sherwood, Zachary, U.S. Department of Justice

Stannard, Paula M., Director, Office for Civil Rights, Department of Health and Human Services

Uthmeier, James, Florida Attorney General

Van Meter, Quentin L. of Atlanta, Georgia

## ARGUMENT

Appellants State of Florida, Florida Department of Management Services, Florida Agency for Health Care Administration, and Catholic Medical Association, move to consolidate appeal Nos. 25-11297 and 25-12095. Both appeals arise from the same civil action, 8:24-cv-01080-WFJ-TGW (M.D. Fla.), involve the same parties, and present the same question: whether this civil action is moot. Because the appeals arise from the same case, involve the same parties, and present the same question, judicial economy requires consolidation. Under 11 Cir. R. 27-1(c)(7), the clerk may act upon this motion because it seeks "to consolidate appeals from the same district court." Under 11th Cir. R. 31-1(b), the clerk must also reset the 40-day briefing schedule once it acts on the motion. This motion is unopposed.

## CONCLUSION

The Court should grant Appellants' motion to consolidate appeal Nos. 25-11297 and 25-12095 and reset the briefing schedule.

Respectfully submitted,

| | |
|---|---|
| JAMES UTHMEIER<br>ATTORNEY GENERAL<br><br>JEFFREY DESOUSA<br>ACTING SOLICITOR GENERAL<br><br>/S/ ALLEN L. HUANG<br>ALLEN L. HUANG*<br>DEPUTY SOLICITOR GENERAL<br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>Allen.Huang@myfloridalegal.com<br><br>*Lead Counsel*<br>*Counsel for Plaintiff State of Florida*<br><br>/S/ MATTHEW S. BOWMAN<br>MATTHEW S. BOWMAN*<br>Alliance Defending Freedom<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>(202) 347-3622 (fax)<br>mbowman@ADFlegal.org | /S/ JAMES R. CONDE<br>R. TRENT MCCOTTER<br>JAMES R. CONDE*<br>Boyden Gray PLLC<br>800 Connecticut Ave NW, Suite 900<br>Washington, DC 20006<br>(202) 955-0620<br>tmccotter@boydengray.com<br>jconde@boydengray.com<br><br>*Lead Counsel*<br>*Counsel for Plaintiffs Agency for Health Care Administration & Florida Department of Management Services*<br><br>ANDREW T. SHEERAN<br>GENERAL COUNSEL<br>Agency for Health Care Administration<br>2727 Mahan Drive, Mail Stop #3<br>Tallahassee, Florida 32308<br>(850) 412-3670<br>Andrew.Sheeran@ahca.myflorida.com<br><br>*Counsel for Plaintiff Agency for Health Care Administration* |

JULIE MARIE BLAKE
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
(571) 707-4790 (fax)
jblake@ADFlegal.org

DAVID A. CORTMAN
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 (fax)
dcortman@ADFlegal.org

*Lead Counsel*
*Counsel for Plaintiff Catholic Medical Association*

KRISTEN LARSON
GENERAL COUNSEL
Florida Department of Management Services
4050 Esplanade Way
Tallahassee, Florida 32399
(850) 922-2137
Kristen.Larson@dms.fl.gov

*Counsel for Plaintiff Florida Department of Management Services*

Dated: June 24, 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Equity, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 150 words, according to the count of Microsoft Word.

Dated: June 24, 2025 /s/ James R. Conde
James R. Conde

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

Dated: June 24, 2025 /s/ James R. Conde
James R. Conde