# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 02, 2025

Florida Attorney General Service
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Julie Marie Blake
Alliance Defending Freedom
44180 RIVERSIDE PKWY
LANSDOWNE, VA 20176

Matthew S. Bowman
Alliance Defending Freedom
440 1ST ST NW STE 600
WASHINGTON, DC 20001

James Conde
Boyden Gray, PLLC
800 CONNECTICUT AVE NW STE 900
WASHINGTON, DC 20006

David Andrew Cortman
Alliance Defending Freedom
1000 HURRICANE SHOALS RD NE STE D-1100
LAWRENCEVILLE, GA 30043

Jeffrey Paul DeSousa
Office of the Attorney General
107 W GAINES ST
TALLAHASSEE, FL 32399-6549

John M. Guard
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Allen Huang
Florida Attorney General's Office
Office of the Solicitor General
3507 E FRONTAGE RD STE 200
TAMPA, FL 33607

Kristen Larson
Florida Department of Management Services
Office of General Counsel
4050 ESPLANADE WAY STE 160
TALLAHASSEE, FL 32399

R. Trent McCotter
Boyden Gray, PLLC
800 CONNECTICUT AVE NW STE 900
WASHINGTON, DC 20006

Andrew Taylor Sheeran
Florida Agency for Health Care Administration
2727 MAHAN DR MS# 3
TALLAHASSEE, FL 32308-5407

James Uthmeier
Executive Office of the Governor
Office of General Counsel
THE CAPITOL PL-2
400 S MONROE ST
TALLAHASSEE, FL 32399

Appeal Number: 25-11927-TT
Case Style: State of Florida, et al v. Department of Health and Human Services, et al
District Court Docket No: 8:24-cv-01080-WFJ-TGW

NOTICE OF APPEAL FILED: June 6, 2025

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this court may lack jurisdiction over this appeal. If it is determined that this court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. Counsel must submit their response electronically, and do not need to provide paper copies. The responses must include a Certificate of Interested Persons and Corporate

Disclosure Statement as described in Fed.R.App.P. 26.1 and the corresponding circuit rules. Requests for extensions of time to file a response are disfavored.

After fourteen (14) days, this court will consider any response(s) filed and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

JUR-1 Resp reqd JQ