No. 25-11927-TT

# JURISDICTIONAL QUESTION

Please address whether this appeal is taken from a final or otherwise appealable judgment. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000) ("A final decision is one which ends the litigation on the merits and leaves nothing for the court to do but execute the judgment."); *Martinez v. Carnival Corp.*, 744 F.3d 1240, 1244 (11th Cir. 2014) (explaining that in determining whether an order is final, courts look to the substance of the order, not its form, and "an administrative closure is not dispositive of finality" because it "is not the same as dismissing a case").