# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

STATE OF FLORIDA, *et al.*,
                            Plaintiffs-Appellee,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.,*
                            Defendants-Appellants.

No. 25-11927; 25-12095

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, the undersigned counsel certifies that the following persons have an interest in the outcome of this appeal:

Alliance Defending Freedom

Bennett, Michelle R., U.S. Department of Justice

Blake, Julie Marie, Alliance Defending Freedom

Bowman, Matthew S., Alliance Defending Freedom

Boyden Gray, PLLC

Catholic Medical Association

Centers for Medicare and Medicaid Services

Christmas, Natalie, Florida Attorney General's Office

Conde, James, Boyden Gray, PLLC

Cortman, David Andrew, Alliance Defending Freedom

DeSousa, Jeffrey DeSousa, Florida Attorney General's Office

Florida

Florida Agency For Health Care Administration

Florida Attorney General Service

Florida Attorney General's Office

Florida Department of Management Services

Guard, John Matthew,

Holland, Liam C., U.S. Department of Justice

Honold, Ashley Cheung, U.S. Department of Justice

Huang, Allen, Florida Attorney General's Office

Jung, William F., U.S. District Court for the Middle District of Florida

Kennedy Jr., Robert F. Secretary, Department of Health and Human Services

Larson, Kristen, Florida Department of Management Services

McCotter, R. Trent, Boyden Gray, PLLC

Newman, Jeremy S.B., U.S. Department of Justice

Oz, Mehmet, Administrator, Centers for Medicare & Medicaid Services

Percival, James Hamilton, II, Office of the Florida Attorney General

Pope, Allison Holly, Alliance Defending Freedom

Scarborough, Charles W., U.S. Department of Justice

Sheeran, Andrew Taylor, Florida Agency for Health Care Administration

Sherwood, Zachary, U.S. Department of Justice

Shumate, Brett, U.S. Department of Justice

Stannard, Paula M., Director, Office for Civil Rights, Department of Health and Human Services

U.S. Department of Health and Human Services

Uthmeier, James, Florida Attorney General

Whitaker, Henry Charles, Office of the Florida Attorney General

As far as the undersigned is aware, no publicly traded corporation has an interest in the outcome of this appeal.

Respectfully submitted,

CHARLES W. SCARBOROUGH

*s/ Ashley C. Honold*
ASHLEY C. HONOLD
 *Attorneys, Appellate Staff*
 *Civil Division, Room 7261*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue NW*
 *Washington, D.C. 20530*
 *(202) 353-9018*

JULY 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*s/ Ashley C. Honold*
ASHLEY C. HONOLD
